**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

**CRIMINAL MINUTES – ARRAIGNMENT**

**Case No.:** 6:16-cr-7　　　　　　　　　　　　　　**Date:** 5/18/2016

| **Defendants:** | **Counsel:** |
|---|---|
| Ivan Rodriguez Chavez, custody | Joe Sanzone, retained |

PRESENT:　JUDGE:　　　　　　Robert S. Ballou　　　　　TIME IN COURT: 14 min
　　　　　　Deputy Clerk:　　　K. Brown
　　　　　　Court Reporter:　　K. Brown/FTR
　　　　　　U. S. Attorney:　　Kari Munro
　　　　　　USPO:　　　　　　Brian Murphy
　　　　　　Case Agent:　　　Ben Hinson

## ARRAIGNMENT

☒　Defendant(s) waives reading of Indictment/Information.　　☐　Indictment/Information read.
☒　Defendant(s) is arraigned and specifically advised of rights (Rule 11 F.R.C.P).

DEFENDANT(S) PLEADS:

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 |  | 1,4,8,9,10,11,12 |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

☒　Jury trial set for 7/20-7/21/2016 at 9:30am before Judge Moon.
☒　Defendant(s) remanded to custody.

Additional Information:
11:54
Parties present and represented by counsel.  Bond is not an issue due to an ICE detainer.  Order of detention to
　　　enter.
Adjourned.
12:08